## BALLARD v. STATE.
### No. 19297.

Court of Criminal Appeals of Texas.
Jan. 12, 1938.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the theft of property over the value of $50; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

No error has been perceived justifying a reversal of the conviction.

The judgment is therefore affirmed.